UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Honorable Susan D. Wigenton |
| v. | : 11 Cr. 080 |
| VINCENT HSIA, et al. | : CONTINUANCE ORDER |

This matter having been opened to the Court by defendant IVAN LUGO (Kathleen M Theurer, Esq., appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for 90 days, and the defendant being aware that he has the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress. The successful completion of such negotiations may render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 15th day of March 2011,

ORDERED that the proceedings in the above-captioned matter are continued from February 7, 2011 through May 7, 2011;

1

IT IS FURTHER ORDERED that the period between February 7, 2011 through May 7, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if defendants intend to file motions, their motions shall be filed no later than _____;

IT IS FURTHER ORDERED that any opposition by the Government to defendants' motions shall be filed no later than _____;

IT IS FURTHER ORDERED that any reply by the defendants to the Government's opposition shall be filed no later than _____;

IT IS FURTHER ORDERED that the trial in this matter will commence on _____.

[handwritten diagonally: To be set]

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge

Requested and Agreed to by:

_____
Kathleen M. Theurer, Esq.

_____
Anthony J. Mahajan, AUSA

2